UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-14279-CV-MIDDLEBROOKS
MAGISTRATE JUDGE REID

JOHN HAILE,

    Movant,

v.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## REPORT OF MAGISTRATE JUDGE
## RE: DISMISSAL DUPLICATE RELIEF

### I.    Introduction

Petitioner, John Haile, has filed a 28 U.S.C § 2254 petition for writ of *habeas corpus* challenging his state convictions in Case No. 2012-CF-472 from the Tenth Judicial Circuit for Highland County, Florida. [ECF No. 1].

This cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. § 636(b)(1)(B), (C) and Administrative Order 2019-02. [ECF No. 2].

A review of the records of this court reveals that Petitioner, **through counsel**, previously filed a duplicate petition which has been docketed in Case No. 20-14257-CV-MIDDLEBROOKS. That petition challenges the same conviction challenged in

this later filed *pro se* petition. Since the instant case is duplicative of Case No. 20-14257-CV-MIDDLEBROOKS this case should be dismissed.

## II.     Conclusions and Recommendations

Based on the foregoing, it is recommended that the instant case be DISMISSED as duplicative of Case No. 20-14257-CV-MIDDLEBROOKS.

Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this court. Failure to do so will bar a *de novo* determination by the district judge of anything in the recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

DONE AND ORDERED at Miami, Florida, this 16th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

cc:
    John Haile
    H44084
    Northwest Florida Reception Center
    Inmate Mail/Parcels
    4455 Sam Mitchell Drive
    Chipley, FL 32428
    PRO SE

    Rachael Elizabeth Reese

O'Brien Hatfield, P.A.
511 West Bay Street
Suite 330
Tampa, FL 33606
Email: reb@markjobrien.com

Sonya Roebuck Horbelt
Office of the Attorney General
Criminal Appeals Division
Concourse Center 4 Suite 200
3507 E Frontage Road
Tampa, FL 33607
Email: sonya.horbelt@myfloridalegal.com