UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14279-CV-MIDDLEBROOKS/Reid

JOHN HAILE,

      Petitioner,

v.

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 6), recommending dismissal of Petitioner John Haile's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1). In this petition, Petitioner challenges the same state court conviction that he challenges in a previously-filed counseled habeas petition which is currently pending in Case No. 20-14257-CV-Middlebrooks. Judge Reid characterizes the previously filed habeas case as a "duplicate petition" and recommends dismissing the instant *pro se* petition.

Petitioner filed objections to Judge Reid's report. (DE 7). Petitioner's objections are handwritten and largely unintelligible, however he appears to be arguing that the *pro se* petition in this case raises an additional ground for relief which the earlier-filed petition does not raise. *Id.* Moreover he alludes to errors contained in the petition filed by his lawyer in the earlier case, and references certain disagreements, or perhaps an inability to communicate with his lawyer in that case. *Id.*

I have considered the Report, the record in both cases, and Petitioner's objections. Petitioner is not permitted to have two different habeas petitions pending in this court challenging

1

the same state court conviction. This later filed petition shall be dismissed, and Petitioner should coordinate with his lawyer on the handling of his earlier filed pending habeas petition.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 6) is hereby **ADOPTED**.

(2) John Haile's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1) is **DISMISSED.**

(3) No reasonable jurist would dispute this procedural ruling and therefore no certificate of appealability shall issue.

(4) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(5) Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 31st day of October, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record;
John Haile
H44084
Northwest Florida Reception Center
Inmate Mail/Parcels
4455 Sam Mitchell Drive
Chipley, FL 32428
PRO SE